**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANDREW TORO, on behalf of himself and all others similarly situated,

                      Plaintiffs,

v.

CEACO, INC.,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINT NOTICE OF SETTLEMENT**

**1:22-cv-7006**

## JOINT NOTICE OF SETTLEMENT

      Plaintiff and Defendant (collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

**For Plaintiff:**

By: s/ Mars Khaimov_____.
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
Email: mars@khaimovlaw.com
Tel.: 929.324.0717 (direct)
Fax: 929.333.7774

*Attorneys for Plaintiff*

**SO ORDERED.**

_____

**For Defendant:**

By:    /s/ Linda H. Joseph_____
       Linda H. Joseph, Esq.
       Schröder, Joseph & Associates, LLP
       394 Franklin Street; Second Floor
       Buffalo, NY 14202
       Tel.: (716) 881-4900
       Fax: (716) 881-4909
       ljoseph@sjalegal.com
       *Attorneys for Defendant*

Date:      11/16/22

Date:      11/16/22

1