UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ANDREW TORO, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

CEACO, INC.,

Defendant.
----------------------------------x

**JOINT STIPULATON OF DISMISSAL**

**1:22-cv-7006**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ANDREW TORO, and Defendant, CEACO, INC., in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice and without fees and costs.

Respectfully submitted,

**SCHRÖDER, JOSEPH & ASSOCIATES, LLP**

BY: _____
Linda H. Joseph, Esq.
394 Franklin Street, Second Floor
Buffalo, New York 14202
Direct: (716) 881-4902
Mobile: (716) 861-1398
ljoseph@sjalegal.com

*Attorneys for Defendant*

**MARS KHAIMOV LAW, PLLC**

BY: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor Forest Hills, New York 11375 Email:
mars@khaimovlaw.com Tel.: 929.324.0717 (direct)
Fax: 929.333.7774

*Attorneys for Plaintiff*

So Ordered:


Hon. _____
　　　U.S.D.J.